BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:07-mj-00207 KJM |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS THE ) CRIMINAL COMPLAINT AND ORDER |
| v. | ) |
| ROBERT FARIAS, | ) |
| | ) |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Criminal Complaint against Robert FARIAS pursuant to Federal Rule of Criminal Procedure 48(a). The Criminal Complaint against FARIAS was filed on June 26, 2007.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 The government does not anticipate presenting the case of Robert
2 FARIAS to the Grand Jury at this time.  Accordingly, the undersigned
3 hereby moves to dismiss the Criminal Complaint as to Robert FARIAS in
4 Case No. 2:07-mj-00207 KJM in the interests of justice pursuant to
5 Rule 48(a).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: September 21, 2011    By:/s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss the Criminal Complaint filed by the United States, **IT IS HEREBY ORDERED** that:

1. The Criminal Complaint against Robert FARIAS in Case No. 2:07-mj-00207 KJM is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: September 21, 2011

                                              /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE